IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| REQUIREMENTS OF PRO | ) | Misc. No. 06-151 |
| HAC VICE ADMISSIONS | ) | |

## ORDER REGARDING PRO HAC VICE ADMISSIONS

WHEREAS, on April 20, 2005 the Court established by Order filed at Miscellaneous No. 05-186 an Electronic Case Filing System and adopted Electronic Case Filing Policies and Procedures to govern the program, which made electronic filing mandatory in this district; and

WHEREAS, all attorneys with pending cases in the District are required to be registered users of the Electronic Case Filing (ECF) system,

WHEREAS, all attorneys practicing before this Court are required to read, know and understand the Local Rules of Court,

IT IS HEREBY ORDERED that all Motions for Admission Pro Hac Vice must contain a certification that the movant is a registered user of ECF in the United States District Court for the Western District of Pennsylvania AND a statement that the movant has read, knows and understands the Local Rules of Court for the Western District of Pennsylvania. The Court will not rule on the Motion for Admission Pro Hac Vice until the such certifications are made, and if not a registered user, movant becomes a registered user of ECF for the United States District Court for the Western District of Pennsylvania.

_5/31/06_
Date

By: _[signature]_
Chief United States District Judge